UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NORMA LARA, | ) | Case No. CV 13-6921-DSF(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that petitioner's request for a stay is denied and the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: _____          10/3/13

_____
Dale S. Fischer
United States District Judge